06434-59811 (RER)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **LEROY CROOM and wife, JOYCE CROOM** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| VS. ) | No. 06-01238 |
| ) | **JURY DEMANDED** |
| **GUIDEONE AMERICA INSURANCE CO.,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFFS' TENNESSEE CONSUMER PROTECTION ACT CLAIM

Comes now Defendant, Guideone America Insurance Company, by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and moves this Court for an Order granting its Motion for Partial Summary Judgment of Plaintiffs' Tennessee Consumer Protection Act claim. In support of its Motion, Defendant relies upon the entire record in this matter along with the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

s/ Jonathan D. Stewart
Russell E. Reviere (BPR # 07166)
Jonathan D. Stewart (BPR # 23039)
Attorneys for Defendant
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414

06434-59811 (RER)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was forwarded first class U.S. Mail, postage prepaid to J. Brandon McWherter and Clinton H. Scott, 312 E. Lafayette Street, P.O. Box 2004, Jackson, TN 38302, counselors of record for Plaintiffs, and by electronic means via the Court's electronic filing system.

This the 22nd day of February, 2008.

                                                              s/ Jonathan D. Stewart
                                                              Russell E. Reviere (BPR # 07166)
                                                              Jonathan D. Stewart (BPR # 23039)
                                                              Attorneys for Defendant